**DLA PIPER LLP (US)**
John Phillips (SBN 154412)
john.phillips@us.dlapiper.com
Joseph Davison, (*Pro Hac Vice* Forthcoming)
Joseph.davison@us.dlapiper.com
555 Mission Street
Suite 2400
San Francisco, California 94105
Tel:   415.836.2500
Fax:   415.836.2501

Attorneys for Defendant
ALLIANZ GLOBAL RISKS US INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN INTERMEDIATE HOLDCO, INC., D/B/A REGAL CINEMAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AND ZURICH AMERICAN INSURANCE COMPANY,<br><br>                    Defendants. | CASE NO. 2:22-CV-01248<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant Allianz Global Risks US Insurance Company hereby joins in Defendant Liberty Mutual Fire Insurance Company's Removal of Civil Action, filed on February 23, 2022, removing to the United States District Court for the Central District of California the state court action described in the Notice of Removal as follows: Crown Intermediate Holdco, Inc., d/b/a Regal Cinemas v. Allianz Global Risks US Insurance Company, et al., originally filed in the Superior Court for the County of Los Angeles, Case No. 22STCV03479. Through this joinder, Allianz confirms its consent to removal of this action. In joining in the Notice of Removal, Allianz does not waive and expressly reserves all rights, defenses, affirmative defenses, and objections available in any federal or state court with respect to this action.

Dated: February 24, 2022                DLA PIPER LLP (US)


                                        By: *John P. Phillips*
                                            JOHN P. PHILLIPS
                                            JOSEPH D. DAVISON

                                            Attorneys for Defendant
                                            Allianz Global Risks US Insurance
                                            Company

JOINDER IN NOTICE OF REMOVAL OF ACTION

## <u>PROOF OF SERVICE</u>

I am employed in the County of King, State of Washington.  I am over the age of 18 and not a party to the within action; my business address is:  DLA Piper LLP (US), 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104.

On February 24, 2022, I served the foregoing document(s) described as:

### JOINDER IN NOTICE OF REMOVAL OF ACTION

on the interested parties in this action as stated below:

SPERTUS, LANDES, & UMHOFER, LLP
Kevin J. Minnick, SBN 269620
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Tel:  310.826.4700
Fax: 310.828.4711
E-Mail:  kminnick@spertuslaw.com

COHEN ZIFFER FRENCHMAN & MCKENNA LLP
Robin L. Cohen
Adam S. Ziffer
Orrie A. Levy
1350 Avenue of the Americas
New York, New York
Tel:  212.584.1890
Fax:  212.584.1891
E-Mail:  rochen@cohenziffer.com
E-Mail:  aziffer@cohenziffer.com
E-Mail:  olevy@cohenziffer.com

*Attorneys for Plaintiff Crown
Intermediate Holdco, Inc. d/b/a Regal
Cinemas*

ROBINS KAPLAN LLP
Amy M. Churan, SBN 216932
Christina M. Lincoln, SBN 274352
2049 Century Park East, Suite 3400
Los Angeles, California 90067-3208
Tel:   310.552.0130
Fax:   310.229.5800
E-Mail:  acuran@robinskaplan.com
E-Mail:  clincoln@robinskaplan.com

*Attorneys for Defendant Liberty
Mutual Fire Insurance Company*

☒     **BY ELECTRONIC MAIL** by transmitting the document(s) named above via email or electronic transmission, from paige.plassmeyer@us.dlapiper.com, via the email net work of DLA Piper LLP (US), to the person(s) at the email address(es) set forth above.

☒     **BY U.S. MAIL** by causing the document(s) named above to be served via the

United States Postal Service at Seattle, Washington, addressed as set forth above.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on February 24, 2022, at Bothell, Washington.

                              */s/ Paige Plassmeyer*
                                Legal Practice Specialist