JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN INTERMEDIATE HOLDCO INC. d/b/a Regal Cinemas,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-cv-01248-SB-AFM<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate order granting Defendants' motion for judgment on the pleadings entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Crown Intermediate Holdco Inc. d/b/a Regal Cinemas claims shall TAKE NOTHING on its claims against Defendants Allianz Global Risks US Insurance Company, Liberty Mutual Fire Insurance Company, and Zurich American Insurance Company, and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: June 17, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1