Name: Kevin J. Minnick (SBN 269620)
Address: 1990 S. Bundy Drive, Suite 705
City, State, Zip: Los Angeles, CA 90025
Phone: 310-826-4700
Fax: 310-826-4711
E-Mail: kminnick@spertuslaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN INTERMEDIATE HOLDCO, INC., D/B/A REGAL CINEMAS<br><br>PLAINTIFF(S),<br>v.<br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, ET AL<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-01248-SB-AFM<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that  Crown Intermediate Holdco, Inc., d/b/a Regal Cinemas  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Motion for Judgment on the Pleadings (Dkt. 46)

☐ Other (specify):

Imposed or Filed on   June 17, 2022  . Entered on the docket in this action on  June 17, 2022  .

A copy of said judgment or order is attached hereto.

July 8, 2022                           /s/ Kevin Minnick
Date                                   Signature
                                       ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# Exhibit A

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN INTERMEDIATE HOLDCO INC. d/b/a Regal Cinemas,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-cv-01248-SB-AFM<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate order granting Defendants' motion for judgment on the pleadings entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Crown Intermediate Holdco Inc. d/b/a Regal Cinemas claims shall TAKE NOTHING on its claims against Defendants Allianz Global Risks US Insurance Company, Liberty Mutual Fire Insurance Company, and Zurich American Insurance Company, and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: June 17, 2022

Stanley Blumenfeld, Jr.
United States District Judge

1

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Crown Intermediate Holdco, Inc., d/b/a Regal Cinemas

Name(s) of counsel (if any):

Adam S. Ziffer, Orrie A. Levy, and Robin L. Cohen

Address: 1325 Avenue of the Americas New York, NY 10019

Telephone number(s): 212-584-1891

Email(s): olevy@cohenziffer.com; aziffer@cohenziffer.com; rcohen@cohenziffer

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Allianz Global Risks US Insurance Company

Name(s) of counsel (if any):

John Paul Phillips; Joseph D. Davison

Address: 555 Mission Street, Suite 2400 San Francisco, CA 94105; 701 Fifth Ave

Telephone number(s): 415-836-2501; 206-839-4849

Email(s): john.phillips@us.dlapiper.com; joseph.davison@us.dlapiper.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Crown Intermediate Holdco, Inc., d/b/a Regal Cinemas

Name(s) of counsel (if any):

Kevin J. Minnick

Address: 1990 S. Bundy Drive, Suite 705, Los Angeles, CA 90025

Telephone number(s): 310-826-4700

Email(s): kminnick@spertuslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Zurich American Insurance Company

Name(s) of counsel (if any):

Judith Shophet Sidkoff; Christina M. Carroll, Shari L. Klevens

Address: 601 South Figueroa Street, Suite 2500 Los Angeles, CA 90017; 1900 K

Telephone number(s): 213-623-9300; 202-496-7500

Email(s): judith.sidkoff@dentons.com; chrstina.carroll@dentons.com; shari.kleve

Name(s) of party/parties:

Liberty Mutual Fire Insurance Company

Name(s) of counsel (if any):

Amy M. Churan, Christina M. Lincoln

Address: 2409 Century Park East, Suite 3400 Los Angeles, CA 90067

Telephone number(s): 310-552-0130

Email(s): achuran@robinskaplan.com; clincoln@robinskaplan.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*